**STATE of Missouri, Respondent,**

v.

**David POWERS, Appellant.**

**No. WD 37858.**

Missouri Court of Appeals,
Western District.

Oct. 7, 1986.

Glen A. Dietrich, Maryville, for appellant.

William L. Webster, Elizabeth A. Levin, Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from a conviction of manufacturing marijuana, possession of cocaine, possession of psilocybin mushrooms, and possession of drug paraphernalia. § 195.020, RSMo Supp. 1984.

Judgment affirmed. Rule 30.25(b).